# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00053 (WLS-TQL-1) |
| | : |
| JABARRI VANSHON BROWN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's Unopposed Motion to Continue in the Interest of Justice (Doc. 23), which was filed on December 6, 2022. Therein, Defendant requests that the Court continue both the pretrial conference that is currently scheduled for December 13, 2022, and the specially set January 9, 2023, trial in this case to the next Valdosta trial term. (*Id.*) Defense Counsel explains that he needs additional time to conduct investigation, research, and discuss the Government's case in chief with Defendant. (*Id.*) Defense counsel also notes that the Government does not oppose this Motion. (*Id.*)

The Court notes that this is the first time that a continuance has been requested in this matter by Defendant Brown. Based on the Defendant's stated reasons, the Court finds that the ends of justice, served by granting such a continuance, outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion to Continue in the Interest of Justice is **GRANTED**. (Doc. 23).

Accordingly, the Court hereby **ORDERS** that the December 13, 2022, pretrial conference for this case is **CANCELLED**, and the case is **CONTINUED** through the February 2023 Valdosta Division trial term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has

continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this  7th  day of December 2022.

                                          **/s/ W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**