IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00053 (WLS-TQL-1) |
| | : |
| JABARRI VANSHON BROWN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Defendant's Motion for Continue in the Interest of Justice (Doc. 26), which was filed on January 12, 2023. Therein, Defendant requests a continuance to the next trial term and a cancelation of the pretrial conference that is currently scheduled for January 17, 2023. (*Id.*) Defense Counsel explains that he has a jury trial scheduled in Columbus, Georgia, so he will not be available for the pretrial conference. (*Id.*) Defense Counsel notes that there should be no prejudice to the Government if the continuance is granted. (*Id.*)

The Court notes that this is the second time that a continuance has been requested in this matter by Defendant Brown. Based on the stated reasons, the Court finds that the ends of justice, specifically, Defendant's right to continuity of Counsel, served by granting such a continuance, outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, for good cause shown, Defendant's Unopposed Motion to Continue in the Interest of Justice is **GRANTED**. (Doc. 26).

Accordingly, the Court hereby **ORDERS** that the January 17, 2023, pretrial conference for this case is **CANCELED**, and the case is **CONTINUED** through the **May 2023 Valdosta Division trial term** beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __13th__ day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**