IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:22-CR-53 (WLS-TQL-1) |
| JABARRI VANSHON BROWN | : |
| Defendant. | : |

## ORDER

The Court intends to notice this case for the May 2023 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Monday, March 20, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise, this case will be noticed for a pretrial conference.

**SO ORDERED**, this 7th day of March, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1