IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00053 (WLS-TQL-1) |
| | : |
| JABARRI VANSHON BROWN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On August 15, 2023, the United States Probation Office via memorandum requested a continuance of Defendant's sentencing hearing. A continuance was requested because most of the probation officers in this district, who are assigned to presentence investigations, are scheduled to attend a training conference out of state from August 28 through September 1, 2023. During this time, the Probation Office will have limited resources to represent the Probation Office with respect to objections to presentencing reports.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." In the present case, good cause exists to continue Defendant's sentencing hearing.

Accordingly, it is hereby **ORDERED** that the Sentencing Hearing scheduled to take place on August 31, 2023, is **CANCELED,** and is **RESCHEDULED** for **Wednesday, September 27, 2023, at 3:00 p.m.**

**SO ORDERED**, this ___16th___ day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1